AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

RHONDA E.,

    *Plaintiff*

v.

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SECURITY,

    *Defendant*

Civil Action No. 1:20-CV-03183-MKD

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 10, 2021**

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment, ECF No. 16, is DENIED. Defendant's Motion for Summary Judgment, ECF No. 18, is GRANTED. Judgment is entered for the Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Mary K. Dimke on parties' cross-motions for summary judgment.

Date: December 10, 2021

CLERK OF COURT

SEAN F. McAVOY

s/ Sara Gore
    *(By) Deputy Clerk*

Sara Gore